IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER OLDHAM, | No. 4:20-CV-02364 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, *et al.*, | |
| Defendants. | |

## ORDER

MAY 13, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' motions to dismiss (Doc. 106; Doc. 108; Doc. 109) are **GRANTED**:

1. Count I (Title IX – deliberate indifference) is **DISMISSED WITH PREJUDICE**.

2. Count II (Title IX – retaliation / hostile work environment) is **DISMISSED WITH PREJUDICE**.

3. Count III (defamation) is **DISMISSED WITHOUT PREJUDICE**.

4. Count IV (negligent failure to train/supervise) is **DISMISSED WITHOUT PREJUDICE**.

5. Count V (battery) is **DISMISSED WITH PREJUDICE**.

6. Count VI (negligence / gross negligence) is **DISMISSED WITH PREJUDICE**.

7. Count VII (negligent/intentional infliction of emotional distress) is **DISMISSED WITH PREJUDICE**.

If Plaintiff Jennifer Oldham elects to plead over on Counts III and IV, she must file an amended complaint on or before June 3, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge