UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2056
_____

JENNIFER OLDHAM,
Appellant

v.

THE PENNSYLVANIA STATE UNIVERSITY; WIESLAW R. GLON, as agent for Penn State in his official capacity and in his individual capacity; CHRISTOPHER J. HARRIS, Esq., as agent for Penn State in his official capacity; GEORGE G. ABASHIDZE, as agent for Penn State in his official capacity and in his individual capacity
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 4:20-cv-02364)
District Judge: Honorable Matthew W. Brann
_____

Argued:  March 23, 2023

Before:  RESTREPO, PHIPPS, and ROTH, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record on appeal from the United States District Court for the Middle District of Pennsylvania and was argued on March 23, 2023.  On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the orders of the United States District Court for the Middle District of Pennsylvania entered on May 13, 2022, and June 28, 2022, are hereby AFFIRMED IN PART and VACATED IN PART, and the case is REMANDED for further proceedings.  Costs shall not be taxed in

this matter. The Court will not retain jurisdiction. All of the above in accordance with the Opinion of the Court.

                                                  ATTEST:

                                                  <u>s/Patricia S. Dodszuweit</u>
                                                  Clerk

Dated: May 29, 2025